FILED
CLERK, U.S. DISTRICT COURT

SEP 27 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| United States of America<br>v.<br>Nathaniel McGuire<br>*Defendant* | )<br>)<br>) Case No. 24-MJ-5907<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 9/27/24

_____
Defendant's signature

_____
Signature of defendant's attorney

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

_____
Signature of Interpreter