E. MARTIN ESTRADA
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
KATHRYNNE SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 393-8125/(213) 894-0631
    Email:    mark.takla@usdoj.gov
             kathrynne.seiden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-MJ-05907 |
|---|---|
| Plaintiff, | GOVERNMENT EX PARTE APPLICATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT DATE FOR DEFENDANT NATHANIEL JAMES MCGUIRE |
| v. | |
| NATHANIEL JAMES MCGUIRE | |
| Defendant. | **CURRENT PIA DATE:** 10/18/2024<br>**PROPOSED PIA DATE:** 10/25/2024 |

    The government applies ex parte for an order continuing the Post-Indictment Arraignment in the above-entitled case currently set for October 18, 2024 to October 25, 2024.

///

This ex parte application is based on the attached the declaration of MARK TAKLA and the records and files in this case.

Dated: October 17, 2024        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division


     /s/
_____
MARK TAKLA
KATHRYNNE SEIDEN
Assistant United States Attorneys

Attorneys for Applicant
UNITED STATES OF AMERICA

2

DECLARATION OF MARK TAKLA

I, MARK TAKLA, declare as follows:

1. I am an Assistant United States Attorney for United States Attorney's Office for the Central District of California and am assigned to this matter. Defendant is currently charged with a violation of 18 U.S.C. § 844(i) (Malicious Damage to a Building by Means of Explosive).

2. Defendant made his initial appearance on September 27, 2024. At the hearing, defendant waived his right to a preliminary hearing (ECF No. 10) and the Court set Post-Indictment Arraignment for October 18, 2024 (ECF No. 11).

3. As of the filing of this application, the government has not obtained an indictment.

4. An indictment must be returned within 30 days of defendant's arrest, which is October 27, 2024. 18 U.S.C. § 3161(b).

5. On October 16, 2024, I contacted defense counsel, Deputy Public Defenders Erica Choi and Iboh Umodu, regarding defendant's position on the government's application. They stated that defendant takes no position on the government's request to continue the post-indictment arraignment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration is executed at Orange County, California, on October 17, 2024.

*Mark Takla*
MARK TAKLA